ACCEPTED
03-14-00469-CR
6471960
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 4:44:56 PM
JEFFREY D. KYLE
CLERK

**HR**

**HARRELL, STOEBNER & RUSSELL, P.C.**
*Attorneys at Law*

W. RANDY HARRELL
ERIC STOEBNER
MIKE RUSSELL
JUSTIN SMITH
BRITTANY DARBY
TAD ALLEN

2106 Bird Creek Drive
Temple, Texas 76502
Phone 254-771-1855
Fax 254-771-2082
www.templelawoffice.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 4:44:56 PM
JEFFREY D. KYLE
Clerk

August 12, 2015

Third Court of Appeals
c/o Jeffrey Kyle, Clerk of Court
PO Box 12547
Austin, Texas 78711

> Re: Rule 48.4 Letter for *Mitchell Hollis Wright v. State*; Cause Nos. 03-14-00468-CR
> and 03-14-00469-CR

Dear Mr. Kyle:

I sent Mr. Wright copies of the Court's opinion and judgments by certified mail, return receipt requested, and informed him of his *pro se* right to file a petition for discretionary review, as required by Rule 48.4 and within the time prescribed by that rule. The green card has not been returned; however, enclosed is a copy of the green card receipt showing the date of mailing.

Please let me know if you have any questions.

Best,

/s/ Justin Bradford Smith
Justin Bradford Smith

Enclosure
Cc: W.W. Torrey (via email: daoffice@milamcounty.net)

7014 2870 0000 5062 3843

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 7/28/15 |
| Total Postage & Fees | $7.89 | |

Sent To Mitchell Wright
Street & Apt. No., or PO Box No. 979 C.R. 140
City, State, ZIP+4 Cameron, TX 76520

PS Form 3800, July 2014          See Reverse for Instructions